Filed 6/20/16  P. v. Martinez CA2/8

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION EIGHT

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>RONALD MARTINEZ,<br><br>    Defendant and Appellant. | B266755<br><br>(Los Angeles County<br>Super. Ct. No. NA102257) |

APPEAL from a judgment of the Superior Court of Los Angeles County, Laura L. Laesecke, Judge.  Affirmed.

Melissa J. Kim, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

\*\*\*\*\*\*\*

Ronald Martinez appeals the judgment following his no contest plea and sentence for possession of a firearm by a felon (Pen. Code, § 29800, subd. (a)(1)) plus enhancements. Pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), appellant's counsel filed an opening brief requesting this court review the record and determine whether any arguable issues exist on appeal. We have reviewed the entire record and find no arguable issue. We affirm.

## BACKGROUND

Appellant was charged with possession of a firearm by a felony (Pen. Code, § 29800, subd. (a)(1); count 1)[1] and possession of ammunition (§ 30305, subd. (a)(1)), plus various enhancements (§§ 186.22, subd. (b)(1)(A) [gang allegation], 667, subd. (a)(1) [prior serious felony], 667.5, subd. (b) [prior prison term], 667, subds. (b)-(j) 1170.12, subd. (b) [prior strike conviction]). Appellant pled no contest to count 1 and admitted the gang allegation (§ 186.22, subd. (b)(1)(A)), the prior serious felony (§ 667, subd. (a)(1)), and the prior strike conviction (§§ 667, subds. (b)-(j), 1170.12, subd. (b)). The court sentenced him to a total of seven years eight months in prison. He filed a notice of appeal and requested a certificate of probable cause, which the trial court denied.

The following facts are taken from the early disposition probation report. On July 22, 2015, Los Angeles police officers observed appellant in the front passenger seat of a car with illegally tinted windows. Appellant was a known Rancho San Pedro gang member on parole. When the officers conducted a traffic stop, appellant fled from the car and grabbed a firearm from his waistband. Officers pursued him on foot but lost sight of him for three to five seconds when he turned into an alley. He eventually stopped and they arrested him. He did not have the gun on him, but officers found it in the alley where they had lost sight of him. It contained seven live rounds.

---

[1]     All statutory citations are to the Penal Code unless otherwise noted.

**DISCUSSION**

We appointed counsel to represent appellant on this appeal. After review of the record, appellant's court-appointed counsel filed an opening brief asking this court to review the record independently pursuant to *Wende, supra*, 25 Cal.3d at page 441. On March 22, 2016, we advised appellant he had 30 days to submit any contentions or issues he wished us to consider. He did not file a supplemental brief. We have examined the entire record. We are satisfied no arguable issues exist and appellant's counsel has fully satisfied her responsibilities under *Wende*. (*Smith v. Robbins* (2000) 528 U.S. 259, 279-284; *Wende, supra*, 25 Cal.3d at p. 441; see *People v. Kelly* (2006) 40 Cal.4th 106, 123-124.)

**DISPOSITION**

The judgment is affirmed.


FLIER, J.

WE CONCUR:


BIGELOW, P. J.


RUBIN, J.